# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132318(76)

MARK METRO, ROBERT F. WARDROP, II,
DONALD TURNWALL, and NANCEE L.
TURNWALL,
      Plaintiffs-Appellants,

v

      SC: 132318
      COA: 258902
      Kent CC: 03-005836-CZ

AMWAY ASIA PACIFIC LTD, NEW AAP
LIMITED, STEPHEN A. VAN ANDEL,
RICHARD M. DEVOS, JR., DOUGLAS L.
DEVOS, and GOLDMAN SACHS &
COMPANY,
      Defendants-Appellees.

_____/

    On order of the Court, the motion for reconsideration of this Court's February 27, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2007

_____
Clerk

d0905